**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JOSEPH J. O'BOYLE, JR.,               )
                                      )
    Plaintiff,                     )
                                      )         Civil Action No. 3:25-CV-272
v.                                    )
                                      )
UNIT MANAGER D. GINTER et al.,        )         District Judge Stephanie L. Haines
                                      )         Magistrate Judge Peter E. Ormsby
    Defendants.                    )

**<u>MEMORANDUM ORDER</u>**

By Order dated October 14, 2025, Judge Pesto directed Plaintiff to "organize and present a complete complaint," rather than "a collection of allegations and papers referencing events after the events mentioned in the original complaint." An amended complaint supersedes any previously filed complaint. *See, e.g., Chi v. United States*, No. 1:24-CV-928, 2025 WL 593997, at *2 (M.D. Pa. Feb. 24, 2025). As a result, Plaintiff's proposed amended complaint was accepted at Docket No. 34 as a Second Amended Complaint.

In other words, Plaintiff's Second Amended Complaint is now his one and only complaint. Any claim or defendant not included in his Second Amended Complaint is no longer in this case. However, it is unclear whether this is what Plaintiff intended. If Plaintiff does not intend the Second Amended Complaint at Docket No. 34 to serve as his complete complaint, he will be afforded one final opportunity to comply with the October 14 Order, Fed. R. Civ. P. 8, and today's Memorandum Order. This is done to accommodate both Plaintiff's *pro se* status and the need for a coherent docket.

Plaintiff may file a single complete Third Amended Complaint, along with all exhibits, within 30 days of today's date. "Any amended complaint should be a stand-alone document, complete in itself and without reference to any previous pleadings. The amended complaint should set forth Plaintiff's claims against all defendants in short, concise, and plain statements, and in sequentially numbered paragraphs. Plaintiff must specify the offending actions taken by each defendant…and he must indicate the nature of the relief sought." *Randolph v. Moore*, No. 23-796, 2024 WL 2956642, at *1 (W.D. Pa. June 12, 2024).

If Plaintiff so files, that Third Amended Complaint will be the operative pleading. If no such filing is forthcoming, the Second Amended Complaint filed at Docket No. 34 shall be deemed the operative pleading. The CLERK is directed to mail to Plaintiff on this date a copy of this Order, as well as another copy of the October 14 Order.

AND NOW, this 26th day of May 2026, IT IS SO ORDERED.

BY THE COURT:

Peter E. Ormsby
United States Magistrate Judge